EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>        Plaintiff,    )<br>              )<br>    vs.         )<br>              )<br>RICHARD HARRIS,        )<br>              )<br>        Defendant.    )<br>_____) | CR NO. CR03-00141 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 2113(a)] |

**I N D I C T M E N T**
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about December 18, 2002, in the District of Hawaii, defendant RICHARD HARRIS, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of City Bank,

a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: March 28, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. RICHARD HARRIS
Cr. No.
"INDICTMENT"

2