ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2006

at 12 o'clock and 05 min __M
SUE BEITIA, CLERK

GLENN D. CHOY Hawaii Bar #1985
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF HEARING |
| v. | ) | MOTION; SECOND MOTION TO |
| | ) | CONTINUE SENTENCING; |
| RICHARD HARRIS, | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBIT; CERTIFICATE |
| Defendant. | ) | OF SERVICE |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Wes Reber Porter
      Room 6100, Prince Jonah K. Kuhio Bldg.
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii 96850
      Attorney for Plaintiff

   PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable David A. Ezra, Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ ___, 2006, at ____ a.m./p.m., or as soon thereafter as counsel may be heard.

   DATED: Honolulu, Hawaii, January 25, 2006.

                                    _____
                                    GLENN D. CHOY
                                    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | SECOND MOTION TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SECOND MOTION TO CONTINUE SENTENCING

COMES NOW Defendant RICHARD HARRIS, by and through his court-appointed attorney, GLENN D. CHOY and hereby moves this Honorable Court to enter an Order continuing sentencing from the presently-set date of February 6, 2006 at 3:00 p.m., to enable Defendant to complete courses at Federal Detention Center that have only recently been offered to him, and to enable him to file a motion for new trial based on Crawford v. Washington, 541 U.S. 36, 124 S.Ct. 1354 (2004).

This motion is based on FRCrP 12(b), the attached Declaration of Counsel attached hereto and made a part hereof, and such argument as may be made at hearing.

DATED: January 25, 2006.

_____
GLENN CHOY
Attorney for Defendant