Dear Mr. Choy,  Jan 21, 2006.

The nature of this letter is in regards to my needing another extention. As it stands the schedule sentencing date is set for Feb, 6, 2006, However i'd like to complete the follow education classes that are being offered, and which i'm presently attending.

The first of these classes which im currently enrolled in Work place Essential Skil Reading. There are two (2) classes which are following the completion of the workplace Essential Skills class, they are Spanish, and Parenting. All of the above mentioned class will be complete by July 2006.

So at this time would you please be so kind to ask the court for another extention. I feel its very important that i obtain the needed skills to be a productive citizen in society. I can use these skills obtained once im free.

Your immediate response to this letter is greatly appreciated

Sincerely,

Richard Hue

EXHIBIT