## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, January 23, 2006.

*/s/ Glenn D. Choy*
GLENN D. CHOY
Attorney for Defendant