ORIGINAL             FILED IN THE
                     UNITED STATES DISTRICT COURT
                     DISTRICT OF HAWAII

GLENN D. CHOY    1985
735 Bishop Street, Suite 322         LODGED        JAN 2 7 2006
Honolulu, Hawaii  96813                            at 2 o'clock and 55 min P M
Telephone:  [808] 533-7007           JAN 2 6 2006  3:30pm  SUE BEITIA, CLERK

Attorney for Defendant               CLERK, U.S. DISTRICT COURT
                                     DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00141 DAE |
| Plaintiff, | EX PARTE MOTION TO SHORTEN TIME TO HEAR SECOND |
| v. | MOTION TO CONTINUE SENTENCING; DECLARATION |
| RICHARD HARRIS, | OF COUNSEL; ORDER GRANTING EX PARTE |
| Defendant. | MOTION TO SHORTEN TIME TO HEAR SECOND MOTION TO CONTINUE SENTENCING |
| | Judge: David A. Ezra |

EX PARTE MOTION TO SHORTEN TIME TO HEAR SECOND MOTION TO
CONTINUE SENTENCING

Defendant, by and through his counsel, Glenn D. Choy, moves ex parte for an order granting Defendant's ex parte motion to shorten time to hear Second Motion to Continue Sentencing.

This motion is based on FRCrP Rule 47, and is based on the files and records of this case, the attached declaration of Counsel, and all matters properly before the Court demonstrating good cause to grant this motion.

DATED: January 26, 2006.

_____
GLENN CHOY
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DECLARATION OF COUNSEL</u>

I, GLENN CHOY, hereby declare that:

1. Declarant represents Defendant in the above-entitled case;

2. Sentencing is scheduled for February 6, 2006 at 3:00 p.m.

3. On January 25, 2006, Declarant filed Defendant's Second Motion to Continue Sentencing without a hearing date; Defendant wishes to continue sentencing to enable him to complete classes at FDC;

4. The instant ex parte motion to shorten time to hear the Second Motion to Continue Sentencing is submitted in light of the imminent sentencing date;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JANUARY 26, 2006.

GLENN CHOY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO SHORTEN TIME |
| v. | ) | TO HEAR SECOND MOTION |
| | ) | TO CONTINUE SENTENCING |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO HEAR
SECOND MOTION TO CONTINUE SENTENCING

IT IS HEREBY ORDERED that Defendant's ex parte motion is hereby GRANTED, and a hearing will proceed in the courtroom of the Honorable David A. Ezra, on __Feb. 1__, 2006 at __9:40 am__ AM/PM or as soon thereafter as counsel may be heard.

DATED at Honolulu: __JAN 27 2006__, 2006.

_____
Judge of the Above-Entitled Court