# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 03-00141DAE

CASE NAME:    USA v. Richard Harris

ATTYS FOR PLA:    Wes Porter

ATTYS FOR DEFT:    Glenn Choy

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:    Aha Kupono, ESR

DATE:    2/1/2006                  TIME:    9:00am-9:20am

COURT ACTION:  EP:  Second Motion to Continue Sentencing.

Defendant present in custody.

Second Motion to Continue Sentencing-DENIED.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager