ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at __ o'clock and __ min. __
SUE BEITIA, CLERK

GLENN D. CHOY Hawaii Bar #1985
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00141 DAE |
| Plaintiff, | NOTICE OF HEARING MOTION; MOTION TO DISSOLVE WRIT OF HABEAS CORPUS AD PROSEQUENDUM; DECLARATION OF COUNSEL; EXHIBITS 1 & 2; CERTIFICATE OF SERVICE |
| v. | |
| RICHARD HARRIS, | |
| Defendant. | |
| | Date: |
| | Time: |
| | Judge: |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Wes Reber Porter
      Room 6100, Prince Jonah K. Kuhio Bldg.
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii 96850
      Attorney for Plaintiff

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable David A. Ezra, Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ ___, 2006, at ____ a.m./p.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 31, 2006.

_____
GLENN D. CHOY
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO DISSOLVE |
| | ) | WRIT OF HABEAS CORPUS |
| v. | ) | AD PROSEQUENDUM |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO DISSOLVE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    COMES NOW Defendant RICHARD HARRIS, by and through his court-appointed attorney, GLENN D. CHOY and hereby moves this Honorable Court to enter an Order dissolving the writ of habeas corpus ad prosequendum, filed April 1, 2003, nunc pro tunc to November 29, 2003, the date that Defendant's last state prison term expired while he was in federal custody under said writ.

    This motion is based on FRCrP 12(b), 28 U.S.C. Section 2241, the attached Declaration of Counsel attached hereto and made a part hereof, and such argument as may be made at hearing.

DATED: January 31, 2006.

_____
GLENN CHOY
Attorney for Defendant