IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, Glenn Choy, declare that:

1. Declarant is the attorney for RICHARD HARRIS in the captioned matter; Defendant is presently confined at the Federal Detention Center [FDC] Honolulu;

2. A Writ of Habeas Corpus Ad Prosequendum, obtained by the Government to transfer Defendant from the custody of the State of Hawaii to federal custody, was filed on April 1, 2003; see Exhibit 1, attached hereto;

3. Defendant was arrested upon execution of said writ on April 21, 2003; see Presentence Report, page 1;

4. Defendant's last state prison term expired November 29, 2003; attached as Exhibit 2 hereto is a Fact Sheet issued by the Hawaii Paroling Authority listing a total of eight state offenses for which Defendant was serving concurrent terms; said fact sheet shows that the terms for six offenses expired between August 29, 2003 and October 20, 2003; said Fact Sheet further shows that the last terms being served, for the offenses of Promoting a

Dangerous Drug in the Third Degree, and Unlawful Use of Drug Paraphernalia, expired November 29, 2003; Exhibit 2; cf. Presentence Report, page 3, ¶4, stating that the last state case expired December 1, 2003;

     5.  Because all state terms expired by November 29, 2003, Defendant was not properly considered, as of said date, subject to state custody; Ex parte Baez, 177 US 378, 44 L Ed 813, 20 S Ct 673 (1900); Carafas v. La Vallee, 391 US 234, 20 L Ed 2d 554, 88 S Ct 1556 (1968);

     6.  Defendant therefore prays that the writ be dissolved, nunc pro tunc to November 29, 2003, and that the Court declare Defendant to be accumulating credit for incarceration on the subject federal charge from said date;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JANUARY 31, 2006.

                                    Glenn Choy
                                    Attorney for Defendant