EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 03-00141 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Mr. Nolan P. Espinda, Warden, Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii, 96819; and to the United States Marshal for the District of Hawaii, or his assistant.

EXHIBIT 1

## G R E E T I N G S

We command that you, the Warden, Oahu Community Correctional Center, produce the body of RICHARD HARRIS, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Leslie E. Kobayashi, United States Magistrate, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 21st day of April, 2003, at the hour of 10:30 a.m. for the Initial Appearance, Arraignment and Plea of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said RICHARD HARRIS shall remain with the United States Marshal. The delivery of the body of said RICHARD HARRIS by the United States Marshal to the courtroom of the Honorable Leslie E. Kobayashi until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said RICHARD HARRIS to the custody of

\\
\\
\\
\\
\\
\\

the Oahu Community Correctional Center shall be deemed sufficient compliance with this Writ.

WITNESS the Magistrate of the United States District Court for the District of Hawaii.

DATED:   **APR 0 1 2003**  , at Honolulu, Hawaii.

WALTER A.Y.H. CHINN, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. RICHARD HARRIS
CR NO. 03-00141 DAE
"Writ of Habeas Corpus Ad Prosequendum"