

# Hawaii Paroling Authority
## Fact Sheet

**OFFENDER:** HARRIS, RICHARD OLIVER     **SID:** A1007900     **SSN:** 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     **DOB:** 01/06/1963

| Crime Number | Conviction Date | Sentence Date | Credits | Court Max Y | M | D | Court Min Y | M | D | HPA Min Y | M | D | Orig. Max | Sentence Expiration Adj Max | Crt Min | HPA Min | Life | Life w/o |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**EPISODE:** 7789    **START:**    **END:** 12/1/2003

**Offense:** 708-0831    THEFT II
**Circuit:** 1   **Judge:** Perkins, Richard K.    **PR:** X    **CONSEC. WITH:**
97-1883    10/10/1997   03/05/1999   167   5 0 0   0 0 0   3 4 0   8/29/2003   8/29/2003    12/27/2001

**Offense:** 712-1243    PROMOTING A DANGEROUS DRUG III,CT.1
**Circuit:** 1   **Judge:** Perkins, Richard K.    **PR:** X    **CONSEC. WITH:**
97-1905   ct. 1   10/10/1997   03/05/1999   178   5 0 0   0 0 0   3 4 0   9/7/2003   9/7/2003    1/5/2002

**Offense:** 329-0043.5    UNLAWFUL USE OF DRUG PARAPHERNALIA,CT.2
**Circuit:** 1   **Judge:** Perkins, Richard K.    **PR:** X    **CONSEC. WITH:**
97-1905   ct. 2   10/10/1997   03/05/1999   178   5 0 0   0 0 0   3 4 0   9/7/2003   9/7/2003    1/5/2002

**Offense:** 708-0836    UNAUTHORIZED CONTROL OF PROPELLED VEHICLE
**Circuit:** 1   **Judge:** Perkins, Richard K.    **PR:**    **CONSEC. WITH:**
98-1447    10/06/1998   03/05/1999   339   5 0 0   3 4 0   3 4 0   3/30/2003   3/30/2003   7/28/2001   7/28/2001

**Offense:** 708-0831    THEFT II
**Circuit:** 1   **Judge:** Perkins, Richard K.    **PR:**    **CONSEC. WITH:**
98-2107    10/12/1998   03/05/1999   301   5 0 0   0 0 0   3 4 0   5/7/2003   5/7/2003    9/4/2001

**Offense:** 708-0831    THEFT II
**Circuit:** 1   **Judge:** Watanabe, Wilfred K.    **PR:**    **CONSEC. WITH:**
98-2184    03/08/1999   08/25/1999   308   5 0 0   2 6 0   2 6 0   10/20/2003   10/20/2003   4/18/2001   4/18/2001

**Offense:** 712-1243    PROMOTING A DANGEROUS DRUG III,CT.2
**Circuit:** 1   **Judge:** Watanabe, Wilfred K.    **PR:**    **CONSEC. WITH:**
98-2221   ct. 2   03/08/1999   08/25/1999   268   5 0 0   2 6 0   2 6 0   11/29/2003   11/29/2003   5/28/2001   5/28/2001

**Offense:** 329-0043.5    UNLAWFUL USE OF DRUG PARAPHERNALIA,CT.3
**Circuit:** 1   **Judge:** Watanabe, Wilfred K.    **PR:**    **CONSEC. WITH:**
98-2221   ct. 3   03/08/1999   08/25/1999   268   5 0 0   2 6 0   2 6 0   11/29/2003   11/29/2003   5/28/2001   5/28/2001

TOTAL P.01

# EXHIBIT 2