**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813
Attorney for Plaintiff
UNITED STATES OF AMERICA

MALIA EVERSOLE
U.S. Probation Officer
300 Ala Moana Blvd.
PJKK Federal Building
Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, January 31, 2006.

_____
GLENN D. CHOY
Attorney for Defendant