# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00141DAE |
| CASE NAME: | USA v. Richard Harris |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Glenn Choy |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 2/6/2006 | TIME: | 9:00am-9:40am |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Richard Harris.

Defendant Richard Harris present in custody.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Richard Harris.

SENTENCE:

Imprisonment:   125 MONTHS

Supervised Release: 3 YEARS

CONDITIONS:

1. Defendant shall observe the standard conditions of supervised release.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, but no more than eight valid drug tests per month as directed by the Probation Office.

5. Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

6. That the defendant shall not possess a firearm as defined in 18 U.S.C. §921, as well as ammunition, any destructive device, or any other dangerous weapon. That the defendant is prohibited from possessing a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall pay restitution in the amount of $1,200, which is due immediately to City Bank, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

8. Defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Facility in the Midwest or Northeast.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager