# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00141DAE

CASE NAME: USA v. Richard Harris

ATTYS FOR PLA: Wes Porter

ATTYS FOR DEFT: Richard Harris

INTERPRETER:

JUDGE: David Alan Ezra   REPORTER: Debra Chun

DATE: 02/06/2006   TIME: 9:00am-9:15am

COURT ACTION:  EP:  Motion to Dissolve Writ of Habeas Corpus Ad Prosequendum.

Oral arguments heard at sentencing hearing.

Motion to Dissolve Writ of Habeas Corpus Ad Prosequendum-DENIED.

Submitted by:  Theresa Lam, Courtroom Manager