ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00141 DAE |
| ) | |
| Plaintiff, ) | SECOND NOTICE OF APPEAL; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RICHARD HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### SECOND NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant RICHARD HARRIS, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Amended Judgment of Conviction and Sentence of United States District Judge David A. Ezra entered on March 12, 2006.

DATED at Honolulu, Hawaii: March 17, 2006.

_____
GLENN D. CHOY
Attorney for Defendant-Appellant
RICHARD HARRIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

> WES REBER PORTER, Esq.
> Assistant U.S. Attorney
> Room 6100, Prince Kuhio Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawaii

DATED:    Honolulu, Hawaii, March 17, 2006.

_____
Glenn Choy
Attorney for Defendant-Appellant
RICHARD HARRIS