# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. Richard Harris
    **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10151
    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
    **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00141DAE

II  **DATE NOTICE OF APPEAL FILED:** 02/22/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed
    **DOCKET FEE PAID ON:**          **AMOUNT:**
    **NOT PAID YET:**                **BILLED:**
    **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**
    **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
    **IF YES, SHOW DATE:**
    **WAS F.P. STATUS REVOKED:**     **DATE:**
    **WAS F.P. STATUS LIMITED IN SOME FASHION?**
    **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**
    Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAR 16 2006

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 20 2006
DISTRICT OF HAWAII