## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 28, 2006

CLERK US COURT OF APPEAL
FOR THE NINTH CIRCUIT
95 SEVENTH STREET
P O BOX 193939
SAN FRANCISCO CA 94119-3939

Re:   Filing of Second Notice of Appeal
      United States of America vs. Richard Harris
      USDC Hawaii Criminal Case No. 03-00141DAE
      **9CCA Appeal No. 06-10151**

Dear Madame Clerk:

A "Second Notice of Appeal" has been filed on behalf of defendant Richard Harris in the above-referenced case. Accordingly, please find enclosed a certified copy of Mr. Harris' appeal notice and a certified copy of the "Amended Judgment in a Criminal Case."

Very truly yours,

SUE BEITIA, CLERK

/s/ *Anna F. Chang*

by: Anna F. Chang
    Deputy Clerk

encl.