GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

LODGED
APR 1 4 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 1 9 2006
at 11 o'clock and 5 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00141 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | REGARDING PRESERVATION OF |
| ) | EVIDENCE |
| RICHARD HARRIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION AND ORDER REGARDING PRESERVATION OF EVIDENCE

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, that particular evidence in the above-captioned case, that is, a video surveillance tape, more particularly described below, is held, and shall continue to be held, as evidence under Honolulu Police Department report number 02-496-460, and shall be preserved and retained intact, in its entirety, until Defendant RICHARD HARRIS exhausts and completes all appellate and post-appellate legal remedies grounded in the above-captioned case number.

The evidence to be preserved pursuant to the instant stipulation is more fully described as:

> T-160 VHS bank surveillance tape generated by bank surveillance cameras at City Bank, 2119 North King Street, Honolulu, Hawaii 96819 on December 18, 2002, recording an apparent robbery of a teller at about 1153 hours.

DATED: Honolulu, Hawaii, April 10, 2006.

_____
GLENN D. CHOY
Attorney for RICHARD HARRIS

_____
WES REBER PORTER
Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____
United States District Judge

United States v. Richard Harris, Cr. 03-00141 DAE, Stipulation and Order Regarding Preservation of Evidence