IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Second Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10151      U.S. District Court Case No. Cr 03-00141-DAE

Short Case Title USA v. Richard Harris

Date Notice of Appeal Filed by Clerk of District Court March 17, 2006 [2d notice]

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| See Attachment | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 4/3/06 [2d req.]    Estimated date for completion of transcript 5/1/06

Print Name of Attorney Glenn Choy    Phone Number [808] 533-7007

Signature of Attorney _____

Address 735 Bishop St. #322, Honolulu, Hi 96813

### SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.

(X) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

137 Approximate Number of Pages in Transcript--Due Date 5/1/06

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 5/16/06    Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    05-18-06    BY: _____
(U.S. District Court Clerk)    (date)           DEPUTY CLERK

## SECTION A

| HEARING DATE(S) | COURT REPORTER | PROCEEDING |
| --- | --- | --- |
| 6/2/03 | C6 tape 1397/ Mag. Kurren | Final Pretrial Conference |
| 9/30/03 | Lisa Groulx | Jury Selection |
| 9/30/03 | Laura Lewis | Motion in Limine |
| 10/1/03 | Laura Lewis | Jury Trial—1st day |
| 10/2/03 | Laura Lewis | Jury Trial—2d day |
| 10/3/03 | Laura Lewis | Jury Trial—3d day |
| 10/6/03 | Cynthia Fazio | Jury Deliberations /Verdict |
| 2/6/06 | Debra Chun | Sentencing |