cr-03-00141 DAE
~~cr-05-141~~

Richard Harris - 89219022
ADC 9438 Commerce Way
Adelanto, California 92301

June 15, 2006

RE: UNITED STATES OF AMERICA
v.
RICHARD HARRIS

UNITED STATES DISTRICT COURT
OF HAWAII
300 Ala Moana Blvd
Honolulu, Hawaii 96814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

I'm writing this letter to make the court aware of the fact that the counsel appointed to me has failed to contact me and keep me informed on what appeal issues which he plans to pursue. I'm the person who has to serve the amount of incarceration period pronounced by the Court. I have a constitutional right to effective counsel, by counsel not keeping me informed doesn't fulfill this right.

At this time I would like to have Mr. Choy removed as counsel. He doesn't answer my correspondence. He's failed to file a motion for preservation of evidence used in my trial and other request. I've written request to him asking him to remove himself from representing me any further. I don't trust his judgement. I feel that this counsel has not been strategically in the best interest advantage to my case.

I ask the Court to please assign me new counsel for the preparation of the briefs and other appeal issues.

Sincerely,
Richard Harris




Richard Horden - 06053006l
ADC-9138 Commerce way
Adelanto, CA 92301

SAN BERNARDINO
CA 924 6 T
16 JUN 2006 PM

UNITED STATES DISTRICT COURT
OF THE STATE OF HAWAII
300 ALA MOANA BLVD
Honolulu, Hawaii 96814
ATTN: CLERK OF THE COURT

Legal Mail