# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-209
HONOLULU, HAWAII 96850

KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1308
FAX: (808) 541-3519

July 20, 2006

DeAnna Dotson, Esq.
P.O. Box 700953
Kapolei, Hawaii 96709-0953

    Re: USA vs. RICHARD HARRIS
        Appeal No. 06-10151
        <u>CRIMINAL NO. 03-00141 DAE</u>

Dear Ms. Dotson:

    Thank you for accepting the appointment to represent Richard Harris.

    Enclosed are the appointment voucher, worksheet and instructions for your use.

    As a reminder, any withdrawal and substitution of counsel, whether the substitute counsel is a panel attorney or a retained attorney, must have the prior approval of the Court of Appeals for the Ninth Circuit.

                Sincerely,

                Kevin S.C. Chang
                United States Magistrate Judge

KSC:waa

Enclosures

cc: Federal Public Defender's Office



OFFICE OF THE APPELLATE COMMISSIONER
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 556-6220
FAX (415) 556-6228

## FAX TRANSMITTAL COVER SHEET

DATE:    20 July 2006

TO:      Magistrate Judge Barry M. Kurren, USDC@ Honolulu, HI
         Attn: CJA Panel Administrator

RE:      USA v. Harris;    06-10151

Message:  Thank You.

FROM:    Don Lewis, Deputy Clerk

IF YOU HAVE NOT RECEIVED ALL PAGES, PLEASE CONTACT
Don Lewis at (415) 556-9887   Fax no. (415) 556-6228

TOTAL NUMBER OF PAGES (including this page): 03

O:\AppComm\Forms\Fax 2003.wpd

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RICHARD HARRIS,<br><br>Defendant - Appellant. | No. 06-10151<br><br>D.C. No. CR-03-00141-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The court has reviewed the response of counsel Glenn D. Choy, Esq., to the July 3, 2006 order. The response is satisfactory.

The motion of Glenn D. Choy, Esq., 735 Bishop Street, Suite 322, Honolulu, Hawaii 96813, (808) 533-7007, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by September 1, 2006. The transcript is due October 2, 2006. Appellant's opening brief and excerpts of

06-10151

record are due November 1, 2006; appellee's answering brief is due, December 1, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel and on appellant individually at Reg. No. 0605300861, ADC 9438 Commerce Way, Adelanto, California 92301.

*Peter L. Shaw*
General Order 6.3(e)