REC'D
LODGED
JUL 25 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUL 20 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RICHARD HARRIS,<br><br>Defendant - Appellant. | No. 06-10151<br><br>D.C. No. CR-03-00141-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The court has reviewed the response of counsel Glenn D. Choy, Esq., to the July 3, 2006 order. The response is satisfactory.

The motion of Glenn D. Choy, Esq., 735 Bishop Street, Suite 322, Honolulu, Hawaii 96813, (808) 533-7007, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by September 1, 2006. The transcript is due October 2, 2006. Appellant's opening brief and excerpts of

06-10151

record are due November 1, 2006; appellee's answering brief is due, December 1, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel and on appellant individually at Reg. No. 0605300861, ADC 9438 Commerce Way, Adelanto, California 92301.

*Peter L. Shaw*
~~General~~ Order 6.3(e)