Richard Harris  
USP Allenwood  
P.O. Box 3500  
White Deer, PA 17887

August 1, 2006

RE: CR 03-00141 DAE

United States District Court  
District of Hawaii  
300 Ala Moana Blvd., Rm C-338  
Honolulu, Hawaii 96850  
Office of the Clerk

RECEIVED  
CLERK, U.S. DISTRICT COURT  
AUG 07 2006  
DISTRICT OF HAWAII

Dear Mr Chinn:

The court has been reluctant in responding to my letters. I would like to know who the courts have appointed to handle my case. Previously Mr. Choy was assigned to my case during the sentencing stage. I believe he has removed himself as my counsel. I have neither received my transcripts, from Mr. Choy.

I was convicted in the month of Oct 2004, and was sentenced on February 6, 2006. Its been over (2) two years and I have not received any notice on when i can anticipate them being ready.

At this time would you please let me know who is assigned to my case to handle the appeal issues. Most importantly to have an idea of what issues him/her will find most profoundly to argue.

Your immediate response to this letter is greatly appreciated.

Respectfully Submitted  
Richard Harris