Richard Harris - 89219-022
USP Allenwood
P.O. Box 3500
White Deer, PA 17887

HARRISBURG PA 171
02 AUG 2006 PM 4 L

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd, RM C-338
Honolulu, Hawaii 96850

