CC: DAE

Richard Harris
USP Allenwood
P.O. Box 3500
White Deer, PA 17887

August 13, 2006

United States District Court
  District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850

CR 03-141
RE: CR NO 03-00141DAE

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 17 2006
DISTRICT OF HAWAII

FILE IN CASE FOLDER

Honorable Judge Ezra,

I'm writing this letter in regards to (2) two issues which i've request to the Courts. to at this date i've recieved no response to any of my inquires. These request are revelent to my case.

First i dont know the name of the Counsel appointed to me. I would like to know what issues he will be arguing pertaining to my direct appeal. I have a right to know about all the actions pertaining to my case.

In addition i asked Mr. Choy who I asked to remove himself as my counsel due to the conflict of interest file a motion to preserve the evidence used in trial, specifically the surveillance tape.

Would you please see that i'm forwarded a copy of the motion, and provided the name of the Counsel who is representing

me on my direct appeal. I've asked the Clerk of the Court for this information, However I'm still without it.

Your earliest reply to this letter is greatly appreciated.

Thank you for your consideration in this matter.

Respectfully Submitted
Richard Harris


Case 1:03-cr-00141-DAE    Document 156    Filed 08/17/2006    Page 3 of 3

Mr. Richard Naiwi, 89219-022
USP Lewisburg
P.O. Box 3500
Lewisburg, PA 17837

MAILED FROM
U.S. PENITENTIARY

HARRISBURG PA 171
14 AUG 2006 PM 4 T

United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

