# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-209
HONOLULU, HAWAII 96850

**KEVIN S.C. CHANG**
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1308
FAX: (808) 541-3519

August 29, 2006

Richard Harris
USP Allenwood
P.O. Box 3500
White Deer, PA 17887

Re:  Cr. No. 03-00141 DAE-KSC
     <u>United States of America v. Harris</u>

Dear Mr. Harris,

We are in receipt of your letter dated August 13, 2006. Deanna Dotson has been appointed to represent you. In the future, all communication with the court or motions should be made by your attorney. A copy of your letter will be forwarded to your attorney, Deanna Dotson and Assistant United States Attorney Lawrence Tong. Accordingly, the Court will take no further action on your August 13, 2006 letter.

Sincerely,



Kevin S.C. Chang
United States Magistrate Judge

cc:  Deanna Dotson (w/enclosure)
     Assistant United States Attorney Lawrence Tong (w/enclosure)

cc: DAE

Richard Harris                                RE: CR NO. 03-00141DAE
USP. Allenwood
P.O. Box 3500
White Deer, PA 17887                          RECEIVED
                                              CLERK, U.S. DISTRICT COURT

August 13, 2006                               AUG 17 2006
                                              DISTRICT OF HAWAII

United States District Court
   District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850

Honorable Judge Ezra,

I'm writing this letter in regards to (2) two issues which I've request to the courts. As of this date I've recieved no response to any of my inquiries. These request are rouleau to my case.

First I don't know the name of the Council appointed to me. I would like to know what issues he will be arguing pertaining to my direct appeal. I have a right to know about all the actions pertaining to my case.

In addition, i asked Mr. Clay who I asked to remove himself as my counsel due to the conflict of interest file a motion to preserve the evidence used in trial, specifically, the surveillance tape.

Would you please see that I'm forwarded a copy of this motion and provided the name of the Council who is representing

me on my direct appeal. I've asked the Clerk of the Court for this information, however, I'm still without it.

Your earliest reply to this letter is greatly appreciated.

Thank you for your consideration in this matter.

Respectfully Submitted,
Richard Harris