IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| USA, | ) | CR 03-00141DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| Harris. | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

I, Wes Porter, of the U.S. Attorney's Office-State of Hawaii, the designated Court custodian of all plaintiff's exhibits, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, __AUG 3 0 2006_____.

_____
Signature for Wes Porter

**<u>**PLEASE SIGN AND RETURN THIS COPY TO CLERK'S OFFICE**</u>**