# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2007

To:  United States Court of Appeals      Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                                    (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:         CR 03-00141DAE              Appeal No:    06-10151
Short Title:   USA vs. Harrris

Clerk's Files in    2        volumes  (✓) original  ( ) certified copy
Bulky docs                   volumes (folders)   docket #
Reporter's          1        volumes  (✓) original  ( ) certified copy
Transcripts
Exhibits                     volumes  ( ) under seal
                             boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #29, 37, 38, 39, 40, 41, 55, 78, 91, 108, 116


Acknowledgment: _____     Date: _____


cc: counsel