# RECORDS RETURN

DATE:   July 11, 2007

TO:   UNITED STATES DISTRICT COURT
Northern District of California (San Francisco)

FROM:   U.S. COURT OF APPEALS, NINTH CIRCUIT

   BY:   Alice Rosenbach (for Judge Richard C. Tallman)
   (206) 553-6300

TITLE:   **USA v. Harris**

CA No.   **06-10151**      **DC No.** CR 03-00141DAE

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES:   3

2   VOL. CLERK'S FILE(S)

1   VOL. REPORTER'S TRANSCRIPT(S)


**Other**: sealed docs in separate folder


cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco

*[RECEIVED stamp: CLERK U.S. DISTRICT COURT, JUL 12 2007, DISTRICT OF HAWAII]*

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2007

To:   JUDGE Richard C. Tallman
      U.S. Court of Appeals
      1200 Sixth Ave, 21st Floor
      Seattle, WA   98101

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CR 03-00141DAE            Appeal No:    06-10151

Short Title:    USA vs. Harrris

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #29, 37, 38, 39, 40, 41, 55, 78, 91, 108, 116

Acknowledgment: _____   Date: _____