cc: DAE

Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

| United States District Court | District of Hawaii |
|---|---|
| **Name** (under which you were convicted): Richard Harris | **Docket or Case No.:** Cr-03-00141-DAE |
| **Place of Confinement:** USP Allenwood | **Prisoner No.:** 89219-022 |
| UNITED STATES OF AMERICA | **Movant** (include name under which you were convicted) |
| v. | Richard Harris |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court for the District of Hawaii

   (b) Criminal docket or case number (if you know): CR-03-00141-DAE

2. (a) Date of the judgment of conviction (if you know): October 6, 2003

   (b) Date of sentencing: February 6, 2003

3. Length of sentence: 125 months / three years supervised release

4. Nature of crime (all counts): One Count of Bank Robbery in violation of 18
   U.S.C. j§2113(a)

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒         (2) Guilty ☐         (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☒     Judge only ☐

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: United States Court of Appeals for the Ninth Circuit

(b) Docket or case number (if you know): Case No. 06-10151

(c) Result: Judgement affirmed.

(d) Date of result (if you know): filed June 18, 2007

(e) Citation to the case (if you know): U.S. v. Alexander, 48 F3d. 1477, 1490 (9th Cir. /1995)

(f) Grounds raised: Sixth Amendment right to a jury consisting of a representative cross-section of his peers.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❑    No ❑

(2) Second petition:    Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Statutory violation judicial authority of the United States District Court of Hawaii

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Jurisdiction: The word is a term of a large and comprehensive import, and embraces every kind of judicial action. It is the authority by which court's and judicial offocers take cognizance of and decide cases. The legal right by which judgew exercise their authority. It exists when Court has congnizance of class of cases involved, proper parties is within powers of court. The right and power of a court to adjdicate concerning the subject matter in a given case....

See Attachment

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** Statutory violation; due process clause; due process of

law, due process rights, and prodedure.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   1.) a.) due process clause, two such clauses are found in the
constitution, one in the 5th amendment, pertaining to the federal
government. The other in the 14 amendment which protects persons
from the state actions.

                         See Attachment

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ___Ineffective___

assistance of counsel _____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** Effective assistance of counsel(s). Counsel, right to, critical stage, escobado rule, miranda rule, and public defender.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel, right to. Constitutional right of criminal defendant to court appointed attorney if he is financially unable to retain private counsel; guaranteed by sixth and fourteenth amendment to U.S. constitution; and as well by court rule (Fed. R. Crim. P. 44). And statute (18 U.S.C. §3006A). The extent of this right extends from time that judicial proceedings have been initiated against the accused. Whether by way of formal charge, preliminary hearing, indictment, information, or arraignment, through to sentencing, and appeal. Counsel, however, does not include a lay person but refers only to person authorized to practice law.        ----- SEE ATTACHMENT -----

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective assistance of counsel _____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏    No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏    No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏    No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** ___Fraud is either actual or constructive.___

_____(See attachment)_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b)  Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c)  Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏  No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏  No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?
If so, which ground or grounds have not been presented, and state your reasons for not
presenting them: <u>Grounds One, Two, Three, and Four: Ineffective</u>
<u>assistance of counsel.</u>

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court
for the judgment you are challenging?      Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of
proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following
stages of the judgment you are challenging:
(a) At preliminary hearing: <u>William M. Domingo. PJKK Federal Building, 300</u>
<u>Ala Moana Blvd. Rm. 7-104, Honolulu, HI 96813</u>

(b) At arraignment and plea: <u>Pamela Byrne, F.P.D. 300 Ala Moana Blvd. Suite</u>
<u>7-104, Honolulu, HI. 96850-5269</u>

(c) At trial: <u>Fujiuka, Stuart Appointed as new counsel 6/30/03 and attorney</u>
<u>Wes Porter, 841 Bishop Street, Suite 224, Honolulu, HI 96813</u>

(d) At sentencing: <u>Stuart Fujiuka, Wes Porter, 841 Bishop Street, Suite 224</u>
<u>Honolulu, HI 96813,</u>

Page 12

(e) On appeal: <u>Deanna S. Dotson, P.S. Box 700953 Kapoke, HI 96709-0953</u>

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ❏ No ❏

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❏ No ❏

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏  No ❏

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: __(See attachment)__

_____

_____

or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _June 12,_ _2008_ (month, date, year).


Executed (signed) on _June 12, 2008_ (date).

_Richard Harris_

Signature of Movant

_Without prejudice U.CC. 1-207_
_U.CC. 1.103.6_

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____


### IN FORMA PAUPERIS DECLARATION

_I WAS GRANTED IN FORMA PAUPERIS Throughout Trial_

[Insert appropriate court]

* * * * *