ATTACHMENT

## Ground 1(a)

Areas of Authority: The geographric area in which a court has power or types of cases it has power to hear.

Scope and Extent of jurisdiction of Federal Court's is governed by 28 U.S.C. §1251 et seq.

Federal Jurisdiction is extremely limited with the same being exercised only in areas externally to state legislative power and territoy.

Jurisdictional facts: Those matter of fact which exist before the Court can properly take jurisdiction of the particulazr case, as, that the defendant has been properly served with process, that the amount in controversy exceeds a certain sum. That the parties are citizens of different states. Etc.

Jurisdictional plea: Forms of answer addressed to the issue of whether the court has the power over the defendant.

Jurisdiction of the United States Distric Court, which is set forth in Title 28 U.S.C. Chap. 85 (secs. 1331 to 1360). Sec 1332 of Title 28 U.S.C.

The diversity of citizenship section, in particular sub-division (a)(1) of that section, relating to actions between citizens of different states.

§1332. Diversity of citizenship; amount in controversy; costs

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the

sum value of 75,000,  exclusive of interest and costs, and is between --

(1) citizens of different states;

(d) The word "States," as used in this section, includes the territories, the District of Columbia, and the Commonwealth of Puerto Rico.

The United States District Court is a legislative Court, not an Article III Judicial court; 28 U.S.C. §1332(d) confirms that this section of title 28 is applicable exclusively in the District of Colombia and insular possessions subject to sovereignty of the United States by virtue of the territorial clause. The United States District Court is not only a legislative court, it must of necessity be a territorial court.

In order to tackle this problem in the most expedient manner, we'll focus on emergencies where the United States may have general enforcement presenc in one or more of the several states. This is addressed in two places. The first is at Article I. Sec. B, clause 15:

> [The Congress shall have power] to provide for calling forth the militia to execute the laws of the Union, suppress insurrection and repel ivasions.

The Second is at Article IV Sec. 4:

> Section 4. The United States shall guarantee to every state in this Union a republican form of government, and shall protect each of them against invasion; and an on application of th legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

The Constitution vests Congress with authority to call out

2

the militia (1) to execute the laws of the United States when there is general resistance to legitimate federal law, (2) to suppress insurrection, which is rebellion, (3) to repel invasion of a foreign power. Note that the militia, not the standing army and not civil enforcement agencies, must be used for the purposes specified. In Article IV §4, the Constitution stipulates that the legislature of a state, or the chief executive when the legislature cannot be convened, is responsible for asking for assistance in the event of civil uprising or rebellion. Congress may not uni-laterally send the militia into one of the several states where dispute is with state government and does not involve invasion of foreign forces. These Constitutional provisions are specified with respect to where authority lies, and what force can be exercised. There has been no amendment.

With these provisions established, we will consider current regulations relating to "emergency federal law enforcement assistance." The assistance will be reviewed by way of 28 CFR. part 65. "Emergency federal law enforcement assistance," promulgated by the Attorney General, with listed authorities as follows: The comprehensive Crime Control Act of 1984, Title II, Chap. VI, Div. I, Subdiv. B, Emergency Federal Law Enforcement Assistace, Pub. L. 98-473, 98 Stat. 1837, Oct. 12, 1984 (42 U.S.C. 10501 et seq.) 8 U.S.C. 1101 Note; Sec. 610, Pub. L. 102-140, 105 Stat. 932. Regulatory authorities in the paralell table of authorities and rules. They are as follows: Pub. L. 102-140, no General Application Regulations; Pub. L. 98-473, 13 CFR §123, 14 CFR §36,

3

24 CFR §13, 25 CFR §20, 28 CFR §32; 8 U.S.C. §1101 Note, 8
CFR §§245, 324E, 342a; 42 U.S.C. §10501, 28 CFR §65.
Subpart A of 28 CFR §65 is as follows:

Subpart A -- Eligible applicants.

§65.1 General.

This subject describes who may apply for  emergency federal
law enforcement assistance under the Justice Assistance Act of
1984.

§65.2 State Government.

In the event that a law enforcement emergency exists
throughout a state or part of a state, a state (on behalf of
itself or a local unit of government) may submit an application
to the Attorney General, for emergency federal law enforcement
assistance. This application is to be submitted by the Chief
Executive officer of the state. In writing, on standard form
424, and in  accordance with this regulations.

§65.12 Other Assistance.

In accordance with the purpose and limitations of this
subdivision, members of the Federal Law Enforcement Community
may provide needed assisstance in the form of equipment, training,
itelligence information, and personel. The application may
include request for assistance of this nature.

Purpose, etc., are stated in Subpart C:

§65.20 General.

The purpose of the act is to assist state and/or units of
government which are experiencing law enforcement emergencies to

respond to those emergencies through provisions of federal
assistance. The authority and responsibility for implementation
of this section is vested in the Attorney General of the United
States.

§65.21 Purpose of Assistance.

The Purpose of emergency federal law enforcement assistance
is to provide necessary assistance to (and through) a state
government to provide an adequate response to an uncommon situation
which requires law enforcement, which is or threaten to become
of serious or epidemic proportions, and with respect to which
state and local resources are inadequate to protect the lives
and property of citizens or to enforce the criminal law.

Several flaws are immediately obvious; authority the
Constitution vests in Congress hasn't been delegated simply to
the President. But to the Attorney General; the Act vests
responsibility for determining the need for federal assistance
in the governor of any given state without regard for whether
or not the legislature can be convened; and a governor may request
assistance not just in the event of actual rebellion or domestic
violence, but merely on the possibility of disturbance state or
local officials might not be able to cope with. The call for
help may go out for assistance for assistance in enforcing
criminal laws. The attorney General is the Head of a civil
agency of the United States Government, the Department of Justice,
who has little or no authority over the militia. The Attorney
General is vested with authority to investigate crimes by officers

and employees of government of the United States (28 U.S.C. § 23: The Disrict Court of Guam, the Northern Mariana Islands, and the Virgin Islands. Where there is no authority to file a "civil action" for recovery in an Article III District Court of the United States, the regulation, and comprehensive Crime Control Act of 1984, are clearly applicable only in territory of the United States, chiefly insular possessions.

Consider the list of agencies in the Federal Law enforcement community. The lists in definitions at §65.70(c), with "State" defined at §65.80(d):

(c) Federal Law enforcement community.

The term Federal Law Enforcement Community is defined by the Act as the Heads of the following departments or agencies:

(1) Federal Bureua of Investigation;

(2) Drug Enforcement Adminsitration;

(3) Criminal Division of the Department of Justice;

(4) Internal Revenue Service;

(5) Customs Service;

(6) Immigration and Naturalization Services;

(7) U.S. Marshalls Service;

(8) National Park Service;

(9) U.S. Postal Service;

(10) Secret Service;

(11) U.S. Coast Guard;

(12) Bureau of Alcohol, Tabacco, and Firearms; and ;

(13) other Federal Agencies with specific statutory authority

6

to investigate violations of federal law.

(d) State. The term State is defined by the Act as any State of the United States, the District of Columbia, the Common- wealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Trust Territory of the Pacific Island, or the Commonwealth of the Northern Mariana  Islands.

The definition of the term "State" at §65.80 (d) is the final and conclusive fact as to scope of the Comprehensive Crime Control Act of 1984. It has legitimate application exclusively under Congress' plenary power in territory of the United States, Article IV §3.2 of the Constitution. If there was any doubt, the mix of agencies above is ultimately condemning. Most have been already treated: The FBI was created administratively within the Department of Justice in 1908; the DEA was created by a President- ial reorganization plan; The Criminal Division of the Department of Justice has only authority vested in the Attorney General by statute; Since 1966, the U.S. Marshalls Service has been a Depart- ment of Justice Agency with primary responsibility in insular possessions of the United States; the FRS and BATF, and possibly the Secret Service, are agencies of the Department of the Treasury, Puerot Rico; and The Coast Guard is at all times a military Department whether under administration of the Navy or the Department of Transportation. Not one of them have legitimate inland enforcement authority in the Union of Several States save the possibility of investigating and prosecuting crimes by officers and employees of government of the United States.

7

Now we will turn to 28 CFR. Part 60 -- Authorization of Federal Law Enforcement Officers to request the issuance of a search warrant. Authority is listed as Rule 41(h). Fed.R.Crim.P. (18 U.S.C. Appendix).

Rule 41 Prescribes particulars relating to search and seizure, with 41(h) as follows:

(h) Scope and Definitions. This rule does not modify any act. Inconsistent with it, regulating search, seizure and the issuance and execution of search warrants in circumstances for which special provision is made. The term "Property" is used in this Rule to include documents, books, papers and any other tangible objects. The term "Daytime" is used in this rule to mean the hours from 6:00 a.m. to 10:00 p.m. according to local time. The phrase "Federal Law Enforcment Officer" is used in this rule to mean any government agency other than Attorney General to request the issuance of a serach warrant.

Previously demonstrated, that Congress delegated legislative authority t the Supreme Court when providing that promulgation of rules by the Supreme Court would repeal any law in conflict with rules the Supreme Court enactd (28 U.S.C. §2072(b)). Here we find that by way of Federal rules of criminal procedure, the Supreme Court has delegated authority to the Attorney General that isn't delegated by Congress or the President. The President has authority to abolish and create agencies as he pleases, contrary to Article I §8.18 of the

Constitution -- which power, belonging to both Congress and the President. Fact that Federal Rules of Criminal Procedure are applicable only in territorial courts of the United States, the united States District Court of Guam, the Northern Mariana Islands, and the Virgin Islands and that applications at F.R.Crim.P. 54(c) lock the matter down when it comes to territorial authority:

(c) Application of term. As used in these rules the following terms have the designated meanings.

"Act of Congress" includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession.

Purpose, statement at 28 CFR. §60.1 will anchor the case.

§60.1 Purpose.

This regulation authorizes certain categories of federal law enforcement officers to request the issuance of 5 search warrants under rule 41, F3d. R. Crim. P. and lists the agencies whose officers are so authorized, rule 41(a) provides in part that a search warrant may be issues "upon the request of a federal law enforcement officer, "and defines that term in rule 41(h) as any government agnt, *** who is engaged in the enforcment of the criminal laws and is within the category of officers authorized by the Attorney General to request the issuance of a search warrant." The publication of the categories and the listings of the agencies is intended to inform the courts of the personnel who are so authorized...

It would seem prudent on the part of the Supreme Court had this authority been vested in the President and the President then

delegated authority to the Attorney General. But may be all three branches of federal government at some point decided its fine to be expedient when it serves whatever purpose is at hand. However, more than intent, the catch-as-catch-can mode of doing things is symptomatic of the extremely thin ice governemnt of the United States has been on since supposing to rule unincorporated insular possessions. However, demonstrating territorial limits to authority for issuing warrants is made easy by definitions in 28 CFR §60. We will consider the first four categories listed in §60.2:

§60.2 Authorized Categories.

The following categories of federal law enforcement officers are authorized to request the issuance of a search warrant:

(a) any person authorized to execute search warrant by a statute of the United States.

(b) Any persons who has been authorized to execute search warrants by the Head of a Department, Bureau, or agency (or his delegate, if applicable) pursuant to any statute of the United States.

(c) Any peace officer or customs officer of the Virgin Island, Guam, or the Canal Zone.

(d) Any officer of the Metropolitan Police Department District of Columbia.

Reproduced, §60.3((b) which identifies local law enforcement agencies:

(b) Local Law Enforcement Agencies;

10

(1) District of Columbia Metropolitan Police Dept.

(2) Law Enforcement Forces and Customs Agencies of Guam, The Virgin Islands, and the Canal Zone.

Congress, the Supreme Court, and the Attorney General are of one accord. Authority for Federal Law Enforcement officers to apply for and serve search warrants is limited to territory of the United States, including the District of Columbia and insular possessions, and the federal law enforcement community has lawful authority to provide emergency federal law enforcement assistance only in territory subject to sovereignty of the United States. When they venture into the Union of several states brandishing  warrants and guns, save on federal enclaves properly ceded to the United States, they are covered only by the color of law, not the cloak of law. This is the only conclusion consistent with powers enumerated in and distributed by the constitution. There are very few flaws or incongruities in the laws and regulations of the United States. The system was constructed with meticulous care, and is maintained to perserve the integrity of the legitimate constitutional system. If and when there is error, it lies with those who exceed constitutional delegated authority supported by statutes and regulations of the United States government. Those who usurp authority, whether knowingly or unknowingly, bear the burden of civil and criminal laibility for injury to the sovereign american people.

**GROUND 2**

b) There are two aspects. Procedural, in which  a person
is guaranteed fair procedures. And substantive which protects a
persons property from unfair governmental interference or taking.
2.)  a) Due process of law. Law in its regular course of administ-
ration through courts of justice. Due process of law in each
particular case means such an exercise of the power of the govnern-
ment as the settled maxims of law permit and sanction, and under
such safe guards for the protection of individual rights as those
maxims prescribe for the class of cases to which the one in question
belongs. A course of legal proceedings according to those rules
and principles which have been established in our systems of
jurisprudence for the enforcement and protection of private rights.
To give such proceeding any validity. There must be a tribunal
competent by its constitution -- that is, by the law of its creation --
to pass upon the subject matter of the suit; and, if that involve
mererly a determination of the personal liability of the defendant,
he must be brought within its jurisdiction by services of process
within the state, or his voluntary appearance. Due process of law
implies the right of the person affected thereby to be present
before the tribunal which pronounces judgement upon question of life,
liberty, or property, to be heard, by testimony or otherwise,
and to have the right of controverting, by proof, every material
fact which bears on the question of right in the matter involved.
If any question of fact or liability be conclusively presumed

12

against him, this is not Due Process of Law.

An orderly proceeding wherein a person is served with notice, Actual or constructive, and has an opportunity to be heard and to enforce and protect his rights before a court having power to hear and determine the case. Phrase means that no person shall be deprived of life, liberty, property of any right granted him by statute, unless matter involved first shall have been adjudicated against him upon trial conducted according to established rules regulating judicial proceedings, and it forbids condemnation without a hearing. The concept as it is embodied in fifth amendment demands that a law shall not be unreasonable, arbitrary, or capricious and that the means selected shall have a reasonable and substantial relation to the object being sought. Fundamental requisite is the opportunity to be heard, to be aware that a matter is pending, to make an informed choice whether to acquiesce or contest, and to assert before the appropriate decision-making body the reasons for such choice. Aside from all else, "Due Process" means fundamental fairness.

3)    a) Due Process rights: All rights which are of such funda-mental importance as to require compliance with Due Process standards of fairness and justice.

3)    a) Procedure: The mode of proceeding by which a legal right is enforced, as distinguished from substantive law which gives or defines the right, and which, by means of the proceeding the Court is to administer; the machinery, as distinguished from its product. That which regulates the formal steps in an action or other judicial proceedings; a form, manner and order of conducting

13

suits or prosecutions; e.g. rules of circuit or criminal procedure. The judicial process for enforcing rights and duties recognized by substantive law and for justly administering redress for infraction of them.

3. a) 1) Proceeding: The form and manner of conducting judicial business before a court judicial officer, regular steps in an action from its commencement to the execution of judgement. The term also refers to administrative proceedings before agencies, tribunals, bureaus, or the like.

An act which is done by the authority or direction of the Court, agency, or tribunal, express or implied; an act necessary to be done in order to obtain a given end; a prescribed mode of action for carrying into effect a legal right. All the steps or measures adopted in the prosecution or defense of an action. The word may be used synonomously with "action" or "suit" to describe the entire course of an action at law or suit in equity from the issuance of the writ of filing of the complaint until the entry of a final judgement. Or may be used to describe any act done by authority of a court of law and every step required to be taken in any cause by either party.

The term may refer not only to a complete remedy but also to a mere procedural step that is part of a larger action and special precedings before judicial tribunals as well as proceedings pending before quasi-judicial officers and boards. Any application to a court of justice, however  made, for aid in the enforcement of rights, for relief, for redress of justices, for damages, or

for any remedial object.

It is also necessary for a department or agency of federal government to prove standing. If an agency isn't vested with authority by law, it lacks standing to bring a complaint, so the Court lacks  subject matter jurisdiction. All courts of the United States are statutory courts, i.e, courts of limited jurisdiction. Due Process of Law is predicated on statutes of the United States that either compel or prohibit a given activity. The statutory authority is comlex, i.e., the need for all elements being on the table in order to establish subject matter jurisdiction an additional important element of proof: what is the geographical application of any given law or set of laws? Not only does there have to be law which compels or prohibits any given activity, but procedure or process must conform to that prescribed by the Constitution and laws of the United States. The Fourth, Fifth, and Sixth Amendments secure mandatory minimum requirements of Due Process.

The Fourth Amendment requires for probable cause, "supported by oath of affirmation,"... no warrant shall issue, but upon probable cause, supported by oath of affirmation...

There must be an oath or affirmation, a complaint, that specifies key elements of a crime, and a committing magistrate must issue a warrant based on the complaint. The Complaint is made in a probable cause hearing. Unless or until these threshold requirements are met, there can be no federal prosecution.

Where is the affidavit of complaint, probable  cause hearing, et al?

15

Has the defendant had the opportunity to examine witnesses and evidence against him, call his own witnesses and present contravening documentary or other evidence? Current federal prosecution practice for all practical purposes circumvent fourth, fifth, and sixth amendment due process rights, and it employs the service of quasi-judicial officers who don't have lawful authority to do what they're doing.

Federal criminal prosecution must begin with the affidavit of criminal complaint required by the fourth amendment and rule 3 of the federal rules of criminal procedure. Without the affidavit of complaint, courts of the United States do not have subject matter jurisdiction, so whatever ensuing verdict, judgement and/or sentence there might be is a nullity, and it should be vacated.

1.) b) Critical stage: Critical stage in a criminal proceeding at which accused is entitled to coounsel is one in which a defendant's rights may be lost, defenses waived, priviledges claimed or waived, or in which the outcome of the case is otherwise substantially affected. Test of "critical state" of criminal proceeding as it relates to right to counsel is whether proceedings either requires or offers opportunity to take procedural step which will have prejudicial effects in later proceedings, or whether events transpire that are likely to prejudice ensuing trial.

1.) c) Custodial interrogation. Requiring that defendant be advised of his constitutional rights, means questioning initiated by law enforcement officers after person has been taken into custody or otherwise deprived of his freedom in any significant

16

way: custody can occur without formality or arrest and in areas
other than in police station.

1.)    d) Escobado Rule: where police investigation begins to
focus on a particular suspect, the suspect is in custody. The
suspect request and is denied counsel, and the police have not
warned him of his right to remain silent. The accused has been
denied assistance of counsel and no statemnet elicited during
such interrogation may be used in a **criminal trial.**

1.)    e) Miranda Rule: prior to and custodial interrogation
(that is, questioning initiated by law enforcement officers
after a person is taken into custody or otherwise deprived of
his freedom in any significant way) the person must be warned,
1. that he has a right to remain silent; 2. That any statement
he does make may be used as evidence against him; 3. That if
he cannot afford an attorney, one will be appointed for him  prior
to any questioning if he so desires.

Unless and until these warnings or waiver of these rights are
demonstrated at the trial, no evidence obtained in the inter-
rogation may be used against the accused.

1.)    f) Public defender: An attorney appointed by a court or
employed by a government agency whose work consists primarily
in defending indigent defendants in criminal cases. Federal
Public Defender organization and community defenders organization
are provided for under 18 U.S.C. §3006A.

i) Defense Counsel's error(s) and omission(s) from, mistake,
inadvertence, surprise, and excusable neglect.

17

ii) Prosecution counsel's error(s) and omission(s) resultd from, mistake, inadvertence, surprise, fraud, and excusable neglect.

Excusable neglect: In practice, and particularly with reference to the setting aside of a judgement taken against a party through his "excusable neglect," this means a failure to take the proper steps at the proper time, not in consequence of the party's own carelessness, inattention, or willful disregard of the process of the court, but in consequence of some unexpected or unavoidabl hinderance or accident, or reliance on the care and vigilence of his counsel or on promises made by the adverse party.

iii) Error: A mistaken judgement or incorrect belief as to the existence or effect of matters of fact, or a false or mistaken conseption or application of the law/policy. Such a mistaken or false conception or application of the law/policy to the facts of a cause as well furnish ground for a review of the proceedings upon a writ of error. A mistake of law/policy, or irregular application of it, such as vitiates the proceedings and warrants the reversal of the judgement. (1) Fundamental error: in apellate practice, error which goes to the merits of the plaintiff's cause of action, and which will be considered on review, whether assign as error or not, where the justice of the cdase seems to require. it. Error of such character as to render judgement void. Error in law/policy apparent on the face of the record e.g. court lacked jurisdiction; (2) Public policy: that principle of the law which holds that no subject can lawfully do that which has a tendency to be injurious to the public or against the public good. The

principle under which the freedom of contract or private dealings
is restricted by law for the good of the community. The term "policy,"
as applied to a statute, regulation, rule of law, course of action,
or the like, refers to its probable effect, tendency, or ojbect
considered with referenced to the social or politial weel-being
of the state. Thus, certain classes of act are said to be "against
public policy," when the law refuses to enforce or recognize them,
on the ground that they have a mishievous tendency, so as to be
in injurious to the interests of the state, apart from illegality
or immorality. Omission: The neglect to perform what the law/policy
requires. The intentional or unintentional failure to act which
may or may not impose criminal liablity dependence upon the exist.
Vel Non, of a duty to act under the circumstances.

Ineffective assistance of counsel is governed by the two prong
test announced in Strickland v. Washington; the first prong of the
Stringland test relates to professional competence. Here, the
defendant must show that counsel's representation fell below
an "objection as standard of reasonableness " in making the
determination. There is a strong presumption that counsel's
conduct was within a wide range of reasonable professional
assistance. The second prong of the Striokland test the defendant
must show that there is a reasonable probability that, but for
counsel's unprofessional errors, the results of the proceedings
would have been different." A reasonable probability is a probability
sufficient to undermine confidence in the outcome.

Counsel(s) errors and omissions amount to deficient performance

as evidenced throughout the pleadings. The defense counsel,
prosecuting counsel both failed to raise or produce sufficient
evidence ([N]o match of the fingerprints lifted from the bank)
potentially meritorious issue in the defendants behalf. This
evidence if lacking to support the jury's verdict and the govern-
ment has failed to identiy Mr. Harris as the suspect that robbed
the subject bank beyond a reasonable doubt. Consequently, the
defendant was prejudiced by defense. Prosecuting counsel's errors
and omissions the defendant (petitioner) says: That the errors
and omissions of both counsel's deficient performance was and is
a turning a way from oath of office's good faith policy. Good faith
is an intangible and abstact quality with no technical meaning or
statutory definition. And it  encompasses, among other things, and
honest belief, the absence of malice and the absence of design to
defraud or to seek an unconscionable advantage. And an individual's
personal good faith is concept of his own mind and inner spirit
and, therefore, may not conslusively be determined by his pro-
testations alone. Honesty of intentions, and freedom from knowledge
of circumstances which caught to put to the holder upon inquiry.
An honest intetntion to abstain from taking any unconcientious
advantage of another, even through technicalities of law, together
with absence of all information notice, or benefit or belief of
facts which render transaction unconscientious. Defense and pro-
secuting counsel's deficient performance of errors and omissions
is a testimony by competent oath or affirmation in presence of
tribunal, judicial or quasi-judicial proceedings is evident  bad

faith which goes to the core of actual or constructive fraud, or
a design to mislead or deceive another, or a neglect or refusal
to fulfil some duty or some contractual obligation, not prompted
by an honest mistake as to one's rights or duties. But by some
interested or sinister motive. "Bad Faith" is not simply bad
judgerment or negligence, but rather it implies the conscios
doing of a wrong because of dishonest purpose or moral obliquity;
it is different from negative idea of negligence in that it
contemplates a state of mind affirmatively operating with furtive
design or ill will.

GROUND FOUR:

a.)    Fraud is either actual or constructive. Actual fraud consists
in deceit, artifice, trick, design, some direct and active operation
of the mind (Mensrea): it includes cases of the intentional and
successful employment of any cunning, deception, or artifice used
to circumvent or cheat another. It is something said, done, or
omitted by a person with the design of perpetrating what he knows
to be a cheat or deception. Constructive fraud consists in any
act of commission or omission contrary to legal or equitable duty,
trust, or confidence justly reposed, which is contrary to good
conscience, (Actus Reus) and operates to the injury of another,
or, as otherwise defined, it is an act, statement or omission which
operates as a vitual fraud on an individual, or which, if **generally**
permitted, would be prejudicial to the public welfare, and yet
may have been unconnected with any selfish or evil design.

21

CONCURRENCE

The Actus Reus and the Mens Rea must concur and be part
of one another. It is not enough that a person has the intent
to commit a crime alone. Both the intent and the act must be
inseparable. The A]ctus Reus must be attributale to the Mens Rea.
Mere coincidence is not enough.

"[A]ttorneys are officers of the court and [as such] their
first duty is to the administration of justice." The performance
of the executive duties of an institution, business, or the like.

"Whenever an attorney's duties to his client, [oath of
office] conflict with those he owes to the public, [oath of
allegience]as  an  officer of the court, he must give precedence
to his duty to the public. Any other view would run counter to
a principled system of justice."

The Counsel's in question "needed a fraudulent scheme on
which  to hang the bank robbery charge, predicate act, and the
alleged  false and fraudulent bank robbery charge did not satisfy
the "pattern of activity necessary for a bank robbery violation.

"Their errors was not in failure  to uncover evidence
contradicting the claim, but rather in conficting a claim in the
absence of any evidence to support it." ([N]o match of finger
prints lifted from the bank). This requires the court to judge the
ethical propriety of counsels conduct with respect to the evidence
presented.

The defense and prosecuting counsel who raised colorable
basis for their claim, (respectively) in good faith, defeat the

22

merits who act in bad faith for their coercive and prejudicial effect.

The Supreme Court found that "[T]he power of a court over members of its bar is at least as great as its authority over litigants: Defense counsel and prosecuting counsel Mens Rea and Actus Reus concurred and became a part of one another's coerced unreasonable probability that undermined the outcome of the proceedings in light of their professional errors and omissions. To wit: Inlusio Unius Est Exclusio Alterius. The inclusion of one is the exclusion of another.

The inclusion of the fingerprints lifted from the bank is the exlusion of any other evidence that is not...

...1.) Conclusive evidence: that which is incontrovertible, either because the law does not permit it to be contradicted, or because it is so strong and convincing as to overbear all proof to the contrary and establish the propostion in question beyond any reasonable doubt...

...2.) Conflicting evidence: evidence offered by prosecutor and defense counsel which is inconsistent and cannot be reconciled... witness(s) testimony.....

...3.) Demonstrative evidence: that evidence addressed directly to the senses without intervention of testimony. Real ("thing") evidence such as fingerprints lifted from counter of bank where robber of bank placed his hand(s).

The defense and prosecuting counsel's professional errors and omissions follows the conduct of intrinsic fraud.

That fraud which occurs within the framework of actual conduct of trial and pertains to and affects determination of issues presented therein.

### CONCLUSION

Therefore, Movant asks that the Court grant the following relief: in concession with the Federal Administrative Procedures Act and the Federal Register Act. To be construed in harmony with the common law. Withou implementing regulation, federal authorities proceed without force and effect lf law. And any other relief to which Movant may be entitled.

Respectfully submitted,

*Richard Harris*

Richard Harris

I, Richard Harris, declare under penalty that the foregoing is true and correct and that this motion under U.S.C. §2255 was placed in the prison mailing system on ___June 12,_____, 2008. Executed (signed) on ___June 12_____, 2008.

*Richard Harris*

Richard   Harris
U.C.C. 1-207 U.C.C. 1-103