Certified Mail No: _____
(Return Receipt Requested)


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII


Richard Harris
Reg. No. 89219-022
USP Allenwood
PO Box 3000
White Deer, PA 17887

                              Docket no. Cr-03-00141(DAE)

United States District Court
District of Hawaii
Attn: Office of the Clerk
United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850


        United States v. Harris
        Cr. 03-00141 (DAE)


Re: Request filing:


            MOTION PURSUANT TO 28 U.S.C. §2255


Dear Clerk:


    Please find enclosed three (3) copies of the above captioned
motion to be filed in the above titled case.

    Additionally, a true and correct copy of the same has been

served on opposing counsel AUSA Lawrence L. Tong, Esq., room
6100, PJKK Federal Building, PO Box 50183, Honolulu, Hawaii 96850
by US Mail Postage Prepaid same day.

Thank you for your tiime and attention to this matter. Please
acknowledge receipt of this correspondence and advise of your
disposition.

Sincerely,

*Richard Harris*

Richard Harris

U.C.C. 1-107-U.C.C. 1-103
*Without prejudice*

Time:_____

Date: *June 12, 2008*

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   —3copies

   Clerk, United States District Court for the District of Hawaii
   300 Ala Moana Boulevard, Room C-228
   Honolulu, Hawaii 96850-0338

9. **CAUTION:** You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.