a/. DAE

# DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF: HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 16 2008
at ___ o'clock and __0__ min. ₡ M.
SUE BEITIA, CLERK

UNITED STATE OF AMERICA

-v-

RICHARD HARRIS
(respondent(s)/defendant(s))

CR 03-00141 DAE

I, __Richard Harris__, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

__$27.00 per month. USP Allenwood. Unit orderly__

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

_____

3. Have you every received, within the past twelve months, any money from any of the following sources?

  a. Business, profession, or form of self-employment?  YES___  NO ✓
  b. Rent payments, interest, or dividends?  YES___  NO ✓
  c. Pensions, annuities, or life insurance payments?  YES___  NO ✓
  d. Gifts or inheritances?  YES___  NO ✓
  e. Any form of public assistance?  YES___  NO ✓
  f. Any other sources?  YES___  NO ✓

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

_____

4. Do you own any cash or do you have money in a checking or savings account?

   YES ____ NO ✓ (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ____ NO ✓
   If the answer is yes, describe the property and state its approximate value.

_____

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   NONE

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

_____

8. State any special financial circumstances which the court should consider in this application.

_____

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __June__, __2008__.
         (day)              (month)         (year)

                                    _Richard Harris_
                                         (signature)

2

Case 1:03-cr-00141-DAE   Document 166   Filed 06/16/2008   Page 3 of 6
Page 1 of 2
InmateStatementCombined

## Inmate Statement

| Inmate Reg #: | 89219022 | Current Institution: | Allenwood FCC |
| --- | --- | --- | --- |
| Inmate Name: | HARRIS, RICHARD | Housing Unit: | ALP-B-B |
| Report Date: | 06/03/2008 | Living Quarters: | B03-118L |
| Report Time: | 7:43:15 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ALX | 6/2/2008 7:37:19 PM | TFN0602 | | | Phone Withdrawal | ($1.00) | | $0.80 |
| ALX | 5/29/2008 12:20:16 PM | 64 | | | Sales | ($1.70) | | $1.80 |
| ALX | 5/28/2008 11:56:40 AM | TFN0528 | | | Phone Withdrawal | ($1.00) | | $3.50 |
| ALX | 5/22/2008 11:44:35 AM | TFN0522 | | | Phone Withdrawal | ($1.00) | | $4.50 |
| ALX | 5/15/2008 10:28:17 AM | 8 | | | Sales | ($45.75) | | $5.50 |
| ALX | 5/11/2008 9:22:54 PM | TFN0511 | | | Phone Withdrawal | ($3.00) | | $51.25 |
| ALX | 5/9/2008 12:10:51 PM | HIPP0408 | | | Payroll - IPP | $54.00 | | $54.25 |
| ALX | 4/17/2008 8:53:25 AM | 8 | | | Sales | ($12.45) | | $0.25 |
| ALX | 4/14/2008 12:36:19 PM | TFN0414 | | | Phone Withdrawal | ($1.00) | | $12.70 |
| ALX | 4/10/2008 9:08:29 AM | 12 | | | Sales | ($36.50) | | $13.70 |
| ALX | 4/5/2008 12:03:06 PM | TFN0405 | | | Phone Withdrawal | ($1.00) | | $50.20 |
| ALX | 4/4/2008 5:13:46 PM | TFN0404 | | | Phone Withdrawal | ($3.00) | | $51.20 |
| ALX | 4/4/2008 12:36:40 PM | HIPP0308 | | | Payroll - IPP | $54.00 | | $54.20 |
| ALX | 4/3/2008 9:14:28 AM | 7 | | | Sales | ($92.00) | | $0.20 |
| ALX | 4/2/2008 9:36:38 PM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $92.20 |
| ALX | 3/25/2008 8:15:38 PM | TFN0325 | | | Phone Withdrawal | ($2.00) | | $93.20 |
| ALX | 3/23/2008 8:21:24 PM | TFN0323 | | | Phone Withdrawal | ($2.00) | | $95.20 |
| ALX | 3/22/2008 6:32:06 PM | TFN0322 | | | Phone Withdrawal | ($3.00) | | $97.20 |
| ALX | 3/17/2008 12:26:31 PM | 83 | | | Sales | ($0.70) | | $100.20 |
| ALX | 3/17/2008 12:10:34 PM | 74 | | | Sales | ($10.85) | | $100.90 |
| ALX | 3/10/2008 9:33:22 AM | 12 | | | Sales | ($35.45) | | $111.75 |
| ALX | 3/8/2008 5:22:03 PM | TFN0308 | | | Phone Withdrawal | ($1.00) | | $147.20 |
| ALX | 3/8/2008 5:16:43 AM | 70103501 | | | Lockbox - CD | $100.00 | | $148.20 |
| ALX | 3/7/2008 7:47:52 PM | TFN0307 | | | Phone Withdrawal | ($3.00) | | $48.20 |
| ALX | 3/7/2008 12:23:25 PM | 002040 | | | FRP Quarterly Pymt | ($25.00) | | $51.20 |
| ALX | 3/7/2008 12:12:27 PM | HIPP0208 | | | Payroll - IPP | $54.00 | | $76.20 |
| ALX | 3/5/2008 7:41:45 PM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $22.20 |
| ALX | 3/3/2008 9:12:56 AM | 9 | | | Sales | ($31.50) | | $24.20 |
| ALX | 2/25/2008 10:46:28 AM | 37 | | | Sales | ($2.80) | | $55.70 |
| ALX | 2/25/2008 8:59:07 AM | 12 | | | Sales | ($20.95) | | $58.50 |
| ALX | 2/19/2008 10:07:16 AM | 23 | | | Sales | ($20.90) | | $79.45 |
| ALX | 2/11/2008 10:09:56 AM | 10 | | | Sales | ($53.80) | | $100.35 |
| ALX | 2/8/2008 1:00:39 PM | HIPP0108 | | | Payroll - IPP | $54.00 | | $154.15 |
| ALX | 2/4/2008 | 59 | | | Sales | $0.00 | | $100.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ALX | 1/23/2008 12:15:09 PM | 70101101 | | Lockbox - CD | $100.00 | $100.15 |
| ALX | 1/15/2008 5:12:38 AM | TFN0115 | | Phone Withdrawal | ($1.00) | $0.15 |
| ALX | 1/9/2008 10:40:34 AM | TFN0109 | | Phone Withdrawal | ($1.00) | $1.15 |
| ALX | 1/9/2008 5:59:39 PM | 23 | | Sales | ($53.05) | $2.15 |
| ALX | 1/8/2008 12:15:22 PM | TFN0108 | | Phone Withdrawal | ($1.00) | $55.20 |
| ALX | 1/4/2008 7:04:09 PM | HIPP1207 | | Payroll - IPP | $54.00 | $56.20 |
| ALX | 1/1/2008 5:01:07 PM | TFN0101 | | Phone Withdrawal | ($1.00) | $2.20 |
| ALX | 12/30/2007 6:50:09 PM | TFN1230 | | Phone Withdrawal | ($1.00) | $3.20 |
| ALX | 12/24/2007 8:06:39 PM | TFN1224 | | Phone Withdrawal | ($3.00) | $4.20 |
| ALX | 12/22/2007 12:15:43 PM | TFN1222 | | Phone Withdrawal | ($2.00) | $7.20 |
| ALX | 12/19/2007 4:45:02 PM | 18 | | Sales | ($18.40) | $9.20 |
| ALX | 12/14/2007 10:16:28 AM | 111 | | Sales | ($0.70) | $27.60 |
| ALX | 12/12/2007 2:39:55 PM | TFN1212 | | Phone Withdrawal | ($3.00) | $28.30 |
| ALX | 12/12/2007 7:04:16 PM | 11 | | Sales | ($39.60) | $31.30 |
| ALX | 12/10/2007 9:17:02 AM | TFN1210 | | Phone Withdrawal | ($2.00) | $70.90 |
| ALX | 12/9/2007 5:32:20 PM | TFN1209 | | Phone Withdrawal | ($2.00) | $72.90 |

**Total Transactions: 85**

Totals:  $0.72   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |
| Totals: | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $524.00 | $579.55 | $40.97 | $54.25 | $13.50 | N/A | N/A |

## Inmate Statement

| Inmate Reg #: | 89219022 | Current Institution: | Allenwood FCC |
|---|---|---|---|
| Inmate Name: | HARRIS, RICHARD | Housing Unit: | ALP-B-B |
| Report Date: | 06/03/2008 | Living Quarters: | B03-118L |
| Report Time: | 7:43:28 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 12/7/2007 6:02:11 PM | TFN1207 | | | Phone Withdrawal | ($2.00) | | $74.90 |
| ALX | 12/7/2007 2:18:27 PM | 002022 | | | FRP Quarterly Pymt | ($25.00) | | $76.90 |
| ALX | 12/7/2007 12:31:32 PM | HIPP1107 | | | Payroll - IPP | $54.00 | | $101.90 |
| ALX | 12/4/2007 9:36:13 AM | 28 | | | Sales | ($8.45) | | $47.90 |
| ALX | 11/30/2007 12:11:54 PM | 65 | | | Sales | ($2.25) | | $56.35 |
| ALX | 11/30/2007 9:00:13 AM | 10 | | | Sales | ($37.10) | | $58.60 |
| ALX | 11/28/2007 6:24:28 PM | TFN1128 | | | Phone Withdrawal | ($5.00) | | $95.70 |
| ALX | 11/21/2007 5:12:36 AM | 70196101 | | | Lockbox - CD | $100.00 | | $100.70 |
| ALX | 11/20/2007 10:32:00 AM | TFN1120 | | | Phone Withdrawal | ($1.00) | | $0.70 |
| ALX | 11/20/2007 10:26:28 AM | TFN1120 | | | Phone Withdrawal | ($1.00) | | $1.70 |
| ALX | 11/20/2007 9:27:52 AM | 27 | | | Sales | ($37.10) | | $2.70 |
| ALX | 11/14/2007 8:50:00 AM | 8 | | | Sales | ($9.55) | | $39.80 |
| ALX | 11/9/2007 3:28:15 PM | HIPP1007 | | | Payroll - IPP | $48.00 | | $49.35 |
| ALX | 11/6/2007 8:56:34 AM | 8 | | | Sales | ($39.80) | | $1.35 |
| ALX | 11/2/2007 12:19:16 PM | 61 | | | Sales | ($2.10) | | $41.15 |
| ALX | 11/2/2007 9:37:28 AM | 14 | | | Sales | ($16.85) | | $43.25 |
| ALX | 10/25/2007 9:19:24 AM | 8 | | | Sales | ($13.90) | | $60.10 |
| ALX | 10/24/2007 9:12:25 PM | TFN1024 | | | Phone Withdrawal | ($3.00) | | $74.00 |
| ALX | 10/23/2007 7:25:18 PM | TFN1023 | | | Phone Withdrawal | ($3.00) | | $77.00 |
| ALX | 10/17/2007 9:32:35 AM | 9 | | | Sales | ($21.90) | | $80.00 |
| ALX | 10/10/2007 5:18:15 AM | 70193201 | | | Lockbox - CD | $100.00 | | $101.90 |
| ALX | 10/9/2007 9:24:25 AM | 11 | | | Sales | ($75.10) | | $1.90 |
| ALX | 10/8/2007 12:25:48 PM | TFN1008 | | | Phone Withdrawal | ($1.00) | | $77.00 |
| ALX | 10/5/2007 3:21:16 PM | HIPP0907 | | | Payroll - IPP | $54.00 | | $78.00 |
| ALX | 10/5/2007 3:21:15 PM | HIPP0907 | | | Payroll - IPP | $24.00 | | $24.00 |
| ALX | 10/5/2007 9:56:37 AM | 8 | | | Sales | ($3.28) | | $0.00 |
| ALX | 9/26/2007 9:03:24 PM | TFN0926 | | | Phone Withdrawal | ($1.00) | | $3.28 |
| ALX | 9/19/2007 12:09:35 PM | TFN0919 | | | Phone Withdrawal | ($3.00) | | $4.28 |
| ALX | 9/19/2007 10:44:47 AM | 10 | | | Sales | ($33.65) | | $7.28 |
| ALX | 9/15/2007 5:22:03 AM | 70191601 | | | Lockbox - CD | $40.00 | | $40.93 |
| ALX | 9/11/2007 9:02:37 AM | 13 | | | Sales | ($25.15) | | $0.93 |
| ALX | 9/7/2007 6:21:16 PM | TFN0907 | | | Phone Withdrawal | ($2.00) | | $26.08 |
| ALX | 9/7/2007 5:56:43 PM | TFN0907 | | | Phone Withdrawal | ($1.00) | | $28.08 |
| ALX | 9/7/2007 | 002103 | | | FRP Quarterly Pymt | ($25.00) | | $29.08 |

InmateStatementCombined                                                                                     Page 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| ALX 12 | 3:11:15 PM 9/7/2007 3:08:35 PM | GIPP0807 | Payroll - IPP | $54.00 | | $54.08 |
| | **Total Transactions: 85** | | | **Totals:** | **$0.72** | **$0.00** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |
| Totals: | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |