IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD HARRIS, | ) | CV No. 08-00291 DAE-KSC |
| | ) | CR No. 03-00141 DAE |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER FOR FILING OF RESPONSE

The Court hereby orders the Government to file a response to Petitioner's Motion under 28 U.S.C. § 2255 within thirty days from the date of this order. If no response is submitted, the Court will construe that the Government does not oppose the Motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 19, 2008.



_____
David Alan Ezra
United States District Judge