IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00141 DAE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RICHARD HARRIS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S REQUEST
TO PROCEED IN FORMA PAUPERIS AS MOOT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On June 16, 2008, Defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") and a request to proceed in forma pauperis. Because there is no filing fee required to file a § 2255 motion, Defendant's request to proceed in forma pauperis is moot, and therefore DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 20, 2008.



_____
David Alan Ezra
United States District Judge