EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA #3802
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Email: Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV. NO. 08-00291 DAE-KSC |
| ) | CR. NO. 03-00141 DAE |
| Plaintiff, ) | |
| ) | UNITED STATES' REQUEST FOR |
| vs. ) | ADDITIONAL TIME TO RESPOND TO |
| ) | DEFENDANT'S MOTION TO VACATE |
| RICHARD HARRIS, ) | SENTENCE UNDER 28 U.S.C. § 2255 |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

UNITED STATES' REQUEST ADDITIONAL TIME TO RESPOND TO
DEFENDANT'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255

On or about June 16, 2008, defendant RICHARD HARRIS filed a Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255.  The defendant appears to be challenging the Court's jurisdiction and asserting a claim of ineffective assistance of counsel.

For the reasons set out in the attached declaration, the United States respectfully requests an additional 45 days in which to respond to defendant's 28 U.S.C. § 2255 motion.

DATED: June 30, 2008, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Rachel S. Moriyama
>    RACHEL S. MORIYAMA
>    Assistant U.S. Attorney

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,   )  CV. NO. 08-00291 DAE-KSC
                            )  CR. NO. 03-00141 DAE
           Plaintiff,       )
                            )  DECLARATION OF COUNSEL
     vs.                    )
                            )
RICHARD HARRIS,             )
                            )
           Defendant.       )
                            )
_____)
```

## DECLARATION OF COUNSEL

RACHEL S. MORIYAMA, upon penalty of perjury, declares and states as follows:

1. I am an Assistant U.S. Attorney in the District of Hawaii and I am one of the attorneys representing the Plaintiff United States of America in the above-captioned case. I make this Declaration of my own personal knowledge.

2. On or about June 16, 2008, defendant RICHARD HARRIS filed a Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255.

3. By Order entered on June 19, 2008, this Court ordered the United States to file a response to defendant RICHARD HARRIS' 28 U.S.C. § 2255 motion within thirty days from the date of the Order.

4. The United States' response is now due on July 19, 2008.

5. This matter was assigned to me on or about June 24, 2008.

6. The case was tried by Assistant U.S. Attorney Wes Porter and the direct appeal was handled by Assistant U.S. Attorney Larry Tong. I have not yet had time to review the case files.

7. More than six months ago, I committed to a pre-paid out-of-state family trip for the period from July 3, 2008, to July 15, 2008.

8. Based upon the foregoing, I hereby request an additional 45 days to file the United States' response to Defendant RICHARD HARRIS' 28 U.S.C. § 2255 motion, up to and including Tuesday, September 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: June 30, 2008, at Honolulu, Hawaii.

 /s/ Rachel S. Moriyama
RACHEL S. MORIYAMA
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Glenn D. Choy          choyhawaii@hawaiiantel.net      June 30, 2008
Deanna Dotson          dkeith02@earthlink.net

Attorneys for Defendant
Richard Harris

DATED: June 30, 2008, Honolulu, Hawaii.


                                        /s/ Erica Wong