IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD HARRIS, | ) | CV No. 08-00291 DAE-KSC |
| | ) | CR No. 03-00141 DAE |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER GRANTING UNITED STATES' REQUEST FOR
ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO
<u>VACATE SENTENCE UNDER 28 U.S.C. § 2255</u>

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing the United States' request and the supporting memoranda, the Court GRANTS the United States' Request for Additional Time to Respond to Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 (Doc. # 170). The Government shall have up to and including Tuesday, September 2, 2008, to submit its response.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 1, 2008.



_____
David Alan Ezra
United States District Judge