EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2003

at ____ o'clock and ____ min. ____
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. **CR03-00141 DAE** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 2113(a)] |
| | ) | |
| RICHARD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I N D I C T M E N T
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about December 18, 2002, in the District of

Hawaii, defendant RICHARD HARRIS, by intimidation, did take from

the person and presence of another money belonging to, and in the

care, custody, control, management, and possession of City Bank,

PTS

EXHIBIT
"1"

PENGAD 800-631-6989

a bank as defined in Title 18, United States Code, Section

2113(f).

In violation of Title 18, United States Code, Section

2113(a).


DATED: March 28, 2003 at Honolulu, Hawaii.

A TRUE BILL

s/ Harold S. Miyomi

FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


RONALD JOHNSON
Assistant U.S. Attorney


WES REBER PORTER
Assistant U.S. Attorney


United States v. RICHARD HARRIS
Cr. No.
"INDICTMENT"