CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served by First Class Mail:

>Richard Harris
>Reg. No. 89219-022
>USP Allenwood
>U.S. Penitentiary
>P. O. Box 3000
>White Deer, PA  17887

DATED: August 29, 2008_____, at Honolulu, Hawaii.

_____